# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Philip Nimoityn, M.D.,<br>　　　　　　Debtor. | : | Civil Action No. 21-cv-02709 |
| PHILIP NIMOITYN, M.D.,<br>　　　　　　Appellant, | : | Bankruptcy No. 20-144667 |
| v. | : | |
| CHRISTINE C. SCHUBERT,<br>In her capacity as Chapter 7 Trustee<br>for the Estate of Philip Nimoityn<br>　　　　　　Appellee. | : | |

# O R D E R

**AND NOW**, this 22nd day of February, 2022, for the reasons set forth in the Memorandum issued on this date, **IT IS HEREBY ORDERED THAT:**

1. The Bankruptcy Court's Order dated June 10, 2021, denying Debtor's election to convert his bankruptcy case to Chapter 11 of the Bankruptcy Code pursuant to the Conversion Notice is **AFFIRMED**; and

2. This case is **CLOSED**.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge